IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:01CR95 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT DELAET, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

On the court's own motion,

IT IS ORDERED:

The time of the initial appearance on February 26, 2008, is changed from 11:00 a.m. to 1:00 p.m. Defendant shall be present for the hearing.

The United States Probation Officer is directed to notify the defendant of the time change.

DATED this 14th day of February, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge