IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR95 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| SCOTT DELAET, | ) | |
| | ) | |
| Defendant. | ) | |

At plaintiff's counsel's request,

IT IS ORDERED that the defendant's revocation hearing is rescheduled to **12:00 noon** on Wednesday, April 23, 2008, before Judge Kopf, in Courtroom No. 1, Robert V. Denney Federal Building and U.S. Courthouse, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

February 26, 2008.                    BY THE COURT:

                         s/ *Richard G. Kopf*
                         United States District Judge