IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | |
| Plaintiff,       ) | |
| ) | |
| v.       ) | Case No.  4:01CR95 |
| ) | |
| SCOTT DELAET,       ) | |
| ) | |
| Defendant.       ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 70, now set for April 23, 2008, at 12:30 p.m. until a date certain in approximately 60 days.  The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until June 27, 2008 at 12:30 p.m.  The defendant is ordered to appear at such time.

April 22, 2008.                                       BY THE COURT:

                                                                    s/ *Richard G. Kopf*
                                                                    United States District Judge