IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SCOTT DELAET, ) <br> ) <br> Defendant. ) | Case No. 4:01CR95 |

### ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Dispositional Hearing, filing 72, now set for June 27, 2008, at 12:30 p.m. until a date certain after August 27, 2008. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until August 28, 2008 at 1:00 p.m. The defendant is ordered to appear at such time.

Dated this 11th day of June, 2008.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge