IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:01CR95 |
| ) | |
| SCOTT DELAET, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Dispositional Hearing, filing 74, now set for August 28, 2008, at 1:00 p.m. until a date certain on or after September 8, 2008. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until the 8th day of September, 2008, at 1:00 p.m. The defendant is ordered to appear at such time.

August 19, 2008.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge